UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| COUNTY CONCRETE CORPORATION PENSION PLAN FOR HOURLY EMPLOYEES, JOHN CRIMI, TRACEY CRIMI<br><br>Plaintiffs,<br><br>-against-<br><br>BRAMSHILL INVESTMENTS, LLC et al.<br><br>Defendants, | **STIPULATION OF VOLUNTARY DISMISSAL**<br><br>ECF CASE<br><br>Case No. 2:23-cv-03037 (EP-JSA) |

IT IS HEREBY STIPULATED AND AGREED that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in the above captioned action are now voluntarily dismissed, with prejudice and with each party to bear its own costs, expenses, and attorney's fees.

| | |
|---|---|
| Dated: October 10, 2023 | Dated: October 10, 2023 |
| Cohn, Lifland, Pearlman, Hermann & Knopf, LLC<br>*Attorney for Plaintiffs*<br>By: | CALCAGNI KANEFSKY, LLP<br>*Attorney for Defendants* |
| /s/ Jeffrey Hermann<br>Jeffrey Hermann, Esq.<br>Park 80 West-Plaza One<br>250 Pehle Avenue, Suite 401<br>Saddlebrook, NJ 07663 | /s/ Eric T. Kanefsky<br>Eric T. Kanefsky, Esq.<br>1085 Raymond Blvd, 14th Floor<br>Newark, New Jersey 07102 |